Rape.

D. R. Coley, Jr., of Mobile, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Appeal dismissed, motion of appellant.

44 So.2d 32

### William BRYANT v. STATE.
#### 6 Div. 852.

Court of Appeals of Alabama.
Dec. 6, 1949.

Appeal from Circuit Court, Tuscaloosa County; W. C. Martin, Judge.

Receiving and concealing stolen property.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 32

### Fred Dewey BURKETT v. STATE.
#### 6 Div. 897.

Court of Appeals of Alabama.
Dec. 20, 1949.

Appeal from Circuit Court, Jefferson County; Robt. J. Wheeler, Judge.

Habeas corpus.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Appeal dismissed.

44 So.2d 909

### Wyman BURLESON v. STATE.
#### 8 Div. 818.

Court of Appeals of Alabama.
Jan. 24, 1950.

Appeal from Circuit Court, Lauderdale County; Robt. M. Hill, Judge.

Distilling.

W. A. Barnett, of Florence, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

HARWOOD, Judge.

Affirmed.

47 So.2d 919

### David BUSH v. R. H. HARDIN.
#### 7 Div. 19.

Court of Appeals of Alabama.
May 25, 1950.

Appeal from Circuit Court, Etowah County; J. H. Disque, Jr., Judge.

Robinson & Parris, of Gadsden, for appellant.

Miller & Pittman, of Gadsden, for appellee.

PER CURIAM.

Appeal dismissed, want of prosecution.

44 So.2d 909

### J. C. CALHOUN, alias Jesse Hawks v. STATE.
#### 7 Div. 13.

Court of Appeals of Alabama.
Jan. 17, 1950.

Appeal from Circuit Court, Calhoun County; Leslie C. Longshore, Judge.

Grand larceny.

H. H. Evans, of Anniston, for appellant.

A. A. Carmichael, Atty. Gen., for the State.

BRICKEN, Presiding Judge.

Affirmed.